**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-2547**

BONNIE S. SMITH,

Plaintiff - Appellant,

versus

DART TRANSPORTATION; LAIDLAW TRANSIT, INCORPO-
RATED; SOUTH CAROLINA ELECTRIC & GAS COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Patrick Michael Duffy, District Judge.
(CA-97-1864-3-17)

Submitted:  May 25, 1999          Decided:  May 28, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bonnie S. Smith, Appellant Pro Se.  Stephen Peterson Groves, Sr.,
YOUNG, CLEMENT, RIVERS & TISDALE, Charleston, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bonnie Smith appeals a jury verdict finding in favor of Defendants in her action alleging she was injured due to Defendants' negligence and seeking equitable relief under the Americans with Disabilities Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the judgment in this case.  See Smith v. Dart Transportation, No. CA-97-1864-3-17 (D.S.C. Sept. 21, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED